IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| IsoNova Technologies LLC, | ) | Case No. 1:24-cv-97 |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT CITIZENSHIP |
| David L. Rettig, | ) | DISCLOSURE STATEMENT |
| Defendant. | ) | (Diversity Cases) |

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), David L. Rettig provides the following information regarding their citizenship:

David L. Rettig is a citizen of Wisconsin.

Date: October 14, 2024.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing: 601 S. Lindbergh Blvd.
         Frontenac, MO 63131
Physical: 222 Third Ave. SE
         Suite 501, Office 6
         Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Defendant Rettig*

**Certificate of Service**

I certify that I caused the foregoing to be filed with CM/ECF on October 14, 2024, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*