IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| IsoNova Technologies LLC,<br>    Plaintiff,<br>vs.<br>David L. Rettig,<br>    Defendant. | )<br>)<br>)<br>)<br>) | Case No. 1:24-cv-97<br><br>DEFENDANT CITIZENSHIP<br>DISCLOSURE STATEMENT<br>(Diversity Cases) |

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), David L. Rettig provides the following information regarding their citizenship:

David L. Rettig is a citizen of Wisconsin.

Date: October 14, 2024.

                                            Respectfully submitted,

                                            AEGIS Law,

                                            *Eric J Langston*

                                            Eric J. Langston, AT0014001
                                            Mailing:  601 S. Lindbergh Blvd.
                                                                   Frontenac, MO 63131
                                            Physical: 222 Third Ave. SE
                                                                   Suite 501, Office 6
                                                                   Cedar Rapids, IA 52401
                                            (319) 435-9793, Fax: (314) 454-9110
                                            elangston@aegislaw.com
                                                           *Attorney for Defendant Rettig*

**Certificate of Service**

I certify that I caused the foregoing to be filed with CM/ECF on October 14, 2024, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*