IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RADIDS DIVISION

| IsoNova Technologies LLC, | ) | Case No. 1:24-cv-97 |
| Plaintiff, | ) | |
| vs. | ) | Entry Of Appearance |
| David L. Rettig | ) | |
| Defendant. | ) | |

COMES NOW, the undersigned, Attorney Eric J. Langston, and does hereby enter his appearance in the above-captioned matter on behalf of the Defendant, David L. Rettig.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing: 601 S. Lindbergh Blvd.
Frontenac, MO 63131
Physical: 222 Third Ave. SE
Suite 501, Office 6
Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
Attorney for Defendants

**Certificate of Service**
I certify that I caused the foregoing to be filed with the EDMS on October 14, 2024, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

*Eric J Langston*