IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ISONOVA TECHNOLOGIES LLC, | Case No. 1:24-cv-97 |
| Plaintiff, | |
| v. | **AMENDED CORPORATE DISCLOSURE STATEMENT** |
| DAVID L. RETTIG, | |
| Defendant. | |

As required by LR 7.1, Plaintiff IsoNova Technologies LLC ("IsoNova") in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are either related to the party as a parent, subsidiary, or otherwise, or have a directed or indirect pecuniary interest in the outcome of the case:*

Plaintiff IsoNova Technologies LLC is a Delaware limited liability company with its principal place of business located at 3801 E. Sunshine St., Springfield, Missouri 65809. IsoNova has no parent corporation. The members of IsoNova are (i) Symrise Holding, Inc., a publicly traded company incorporated in Delaware, owns 50% of IsoNova's shares and (ii) American Dehydrated Foods, LLC, a Missouri limited liability company, whose sole member is Symrise Holding, Inc, a Delaware corporation.

(b) *With respect to each entity named in response (a), the following describes its connection to or interest in the litigation, or both:*

Symrise Holding, Inc. has an interest because Symrise Holding, Inc. is a member of IsoNova and owns 50% of IsoNova's shares.

American Dehydrated Foods, LLC has an interest because American Dehydrated Foods, LLC is a member of IsoNova owns 50% of IsoNova's shares.

Dated: October 15, 2024	ISONOVA TECHNOLOGIES LLC,
	Defendant


	By: */s/ Victoria H. Buter*
	Victoria H. Buter (AT0009169)
	vicki.buter@kutakrock.com
	Kutak Rock LLP
	The Omaha Building
	1650 Farnam Street
	Omaha, NE 68102-2103
	(402) 346-6000

	Anna M. Berman, KS No. 24519
	anna.berman@kutakrock.com
	Kutak Rock LLP
	Two Pershing Square
	2300 Main Street, Suite 800
	Kansas City, MO  64108-2432
	(816) 960-0090