IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ISONOVA TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. RETTIG,<br><br>Defendant. | Case No. 1:24-cv-97<br><br>**AMENDED CITIZENSHIP DISCLOSURE STATEMENT**<br>**(Diversity Cases)** |

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff IsoNova Technologies LLC provides the following information regarding its citizenship:

IsoNova Technologies LLC is a Delaware limited liability company with its principal place of business located in Missouri. The members of IsoNova are (i) American Dehydrated Foods, LLC and (ii) Symrise Holding, Inc. American Dehydrated Foods, LLC's sole member is Symrise Holding, Inc. Symrise Holding, Inc. is a publicly traded company incorporated in Delaware with its principal place of business in New Jersey.

Dated: October 15, 2024

ISONOVA TECHNOLOGIES LLC,
Defendant

By: */s/ Victoria H. Buter*
    Victoria H. Buter (AT0009169)
    vicki.buter@kutakrock.com
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2103
    (402) 346-6000

    Anna M. Berman, KS No. 24519
    anna.berman@kutakrock.com
    Kutak Rock LLP
    Two Pershing Square
    2300 Main Street, Suite 800
    Kansas City, MO 64108-2432
    (816) 960-0090