IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ISONOVA TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. RETTIG,<br><br>    Defendant. | Case No. 1:24-cv-97<br><br>**JOINT STATUS REPORT NO. 1** |

Plaintiff IsoNova Technologies LLC ("IsoNova") and Defendant David L. Rettig ("Rettig"), pursuant to the Court's October 28, 2024 Order (ECF 019) hereby provide the following Joint Status Report No. 1.

Rettig filed for Chapter 7 bankruptcy protection on October 25, 2024 (ECF 018). The meeting of creditors pursuant to 11 U.S.C. § 341 was held on November 25, 2024. Shortly thereafter, the Chapter 7 bankruptcy trustee (Brian Hart) filed a notice of probable assets and set the proof of claims deadline for February 28, 2025. On December 27, 2024, the Court entered an order authorizing the employment of counsel for the trustee. The deadline to file a non-dischargeability complaint is January 24, 2025.

The bankruptcy remains pending and active, requiring the continued stay of this matter.

///

Jointly submitted on January 24, 2025, by:

| DEFENDANT DAVID L. RETTIG | PLAINTIFF ISONOVA TECHNOLOGIES LLC |
|---|---|
| */s/ Eric J. Langston* | */s/ Anna M. Berman* |
| Eric J. Langston, AT0014001 | Victoria H. Buter, AT0009169 |
| AEGIS Law | KUTAK ROCK LLP |
| Mailing: 601 S. Lindbergh Blvd., Frontenac, MO 63131 | The Omaha Building |
| Physical: 222 Third Ave. SE, Suite 501, Office 6, Cedar Rapids, IA 52401 | 1650 Farnam Street |
| (319) 435-9793, Fax: (314) 454-9110 | Omaha, NE 68102-2103 |
| elangston@aegislaw.com | (402) 346-6000 |
| | Vicki.buter@kutakrock.com |
| | Anna M. Berman, KS No. 24519 |
| | 2405 Grand Boulevard |
| | Suite 600 |
| | Kansas City, MO 64108 |
| | (816) 960-0090 |
| | anna.berman@kutakrock.com |