IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ISONOVA TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. RETTIG,<br><br>Defendant. | Case No. 1:24-cv-97<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, IsoNova Technologies, LLC, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), and hereby dismisses this action *with* prejudice, each party to bear their own costs and fees.

Dated: March 21, 2025

ISONOVA TECHNOLOGIES LLC,
Defendant

By: */s/ Victoria H. Buter*
Victoria H. Buter (AT0009169)
vicki.buter@kutakrock.com
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2103
(402) 346-6000

Anna M. Berman, KS No. 24519
anna.berman@kutakrock.com
Kutak Rock LLP
Two Pershing Square
2300 Main Street, Suite 800
Kansas City, MO 64108-2432
(816) 960-0090